THOMPSON NATIONAL PROPER-TIES, LLC and TNP Property Manager, LLC and NNN 300 Four Falls 4, LLC, Petitioners

v.

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Pennsylvania, Respondent.

Supreme Court of Pennsylvania.

June 7, 2013.

### ORDER

PER CURIAM.

**AND NOW,** this 7th day of June, 2013, NNN 300 Four Falls 1, LLC et al.'s "Unopposed Petition to Intervene" is **GRANTED.** The May 16, 2013 Order entered by Madame Justice Todd temporarily staying the trial court's order pending this Court's review is **VACATED,** and, upon our review, Petitioners' "Emergency Application for Extraordinary Relief in the Nature of a Writ of Prohibition" is **DE-NIED.**